# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN FERNANDEZ, #20483 | ) ) | |
| Plaintiff, | ) ) | 3:10-cv-00373-ECR-RAM |
| vs. | ) ) | **ORDER** |
| STATE OF NEVADA, *et al.*, | ) ) | |
| Defendant. | ) | |

On June 21, 2010, the court received plaintiff's application to proceed *in forma pauperis* (docket #1) as well as numerous other documents styled "motion," "notice," or "application for leave" (docket #s 1-1, 1-2, 1-3, 1-4, 1-5, 1-7, 1-8). Plaintiff also includes a document entitled "Civil Rights Complaint" (docket #1-6). The document is not on the court's form and, as such, is insufficient to initiate a civil rights action in this court. The Local Rules require plaintiffs appearing in *pro se*, such as this plaintiff, to file all of their complaints and petitions on the court's approved forms. LSR 2-1("[a] civil rights complaint filed by a person who is not represented by counsel shall be on the form provided by this court."). Accordingly, the Clerk shall not file this document.

Also, in the court's preliminary review, the document submitted by plaintiff as a complaint does not appear to state any claims for which relief may be granted. Plaintiff is advised that

1  a complaint pursuant to 42 U.S.C. § 1983 should set forth a concise statement of facts that demonstrate
2  a violation of plaintiff's civil rights.
3         **IT IS THEREFORE ORDERED** that the Clerk **SHALL SEND** to plaintiff the
4  approved forms for filing a civil rights lawsuits under 42 U.S.C. §1983  Within **thirty (30)** days from
5  the date of entry of this order, plaintiff **SHALL FILE** a completed and signed complaint on the form
6  provided by this court.  Plaintiff's failure to do so may result in the immediate dismissal of the entire
7  action.
8         DATED: August 27, 2010.

_____
UNITED STATES MAGISTRATE JUDGE