AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

KEVIN FERNANDEZ,

    Plaintiff,   JUDGMENT IN A CIVIL CASE

V.

    CASE NUMBER: **3:10-cv-00373-ECR-RAM**

STATE OF NEVADA, et al.,

    Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED with prejudice as duplicative of Case No. 3:06-CV-00628-LRH-RAM.


  November 18, 2010           **LANCE S. WILSON**
                                              Clerk

                                              /s/ Katie Lynn Ogden
                                                  Deputy Clerk