UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN FERNANDEZ, | ) | 3:10-CV-0373-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 19, 2013 |
| | ) | |
| STATE OF NEVADA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On May 3, 2013, the court ordered the defendants to file an answer on or before Friday, May 17, 2013 (#52).  Defendants did file an answer on May 17, 2013 as ordered (#57). Therefore, plaintiff's motion to compel the defendants to answer or otherwise respond to the complaint (#53) is **DENIED as moot.**

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk