UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN FERNANDEZ, | ) | 3:10-CV-0373-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | August 20, 2013 |
| | ) | |
| STATE OF NEVADA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:     LISA MANN     REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a motion to amend scheduling order deadlines (#71).  Defendants filed a response indicating they have no opposition to the extension of time (#72).  Therefore, the scheduling order is amended as follows:

Discovery shall be completed no later than **Monday, November 18, 2013**;
Dispositive motions shall be filed no later than **Wednesday, December 18, 2013**;
The joint pretrial order shall be filed no later than **Friday, January 17, 2014**, or 30 days after the decision of any pending dispositive motions.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:        /s/
Deputy Clerk