UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN FERNANDEZ, | ) | 3:10-CV-0373-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | October 10, 2013 |
| | ) | |
| STATE OF NEVADA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN       REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Two motions to issue summons are pending before the court. The court will address each motion in turn.

**Plaintiff's motion #92**

Plaintiff's motion for court to issue and serve summons and complaint (#92) is **GRANTED**.

The Clerk shall issue a summons for **Rex Reed** and send the same to the U.S. Marshal with the address provided under seal (#87). The Clerk shall send to plaintiff one USM-285 form, one copy of the second amended complaint (#85), and one copy of this order for the defendant. Plaintiff shall have until **Friday, October 25, 2013** to complete the USM-285 service forms and return them along with the other documents to the U.S. Marshal for service.

**Plaintiff's motion #93**

Plaintiff's motion for leave to file supplemental points and authorities in support of motion to issue and serve summons and complaint (#93) is **DENIED**. The State of Nevada, the Nevada Department of Corrections, and the Nevada Board of Parole were dismissed with prejudice in the court's screening order (#36) as follows:

> As an initial matter, while the plaintiff names the State of Nevada, NDOC and the Nevada Board of Parole as defendants, states and

>any governmental agency that is an arm of the state are not persons for the purposes of § 1983. *See Arizonans for Official English v. Arizona*, 520 U.S. 43, 69 (1997); *Will v. Mich. Dep't of State Police*, 491 U.S. 58, 71 (1989); *Doe v. Lawrence Livermore Nat'l Lab.,* 131 F.3d 836, 839 (9th Cir. 1997); *Hale v. Arizona*, 993 F.2d 1387, 1398-99 (9th Cir. 1993) (en banc); *Gilbreath v. Cutter Biological, Inc.*, 931 F.2d 1320, 1327 (9th Cir. 1991); *Howlett v. Rose*, 496 U.S. 356, 365 (1990); *Flint v. Dennison*, 488 F.3d 816, 824-25 (9th Cir. 2007). Section 1983 claims against states or a governmental entity that is an arm of the state, therefore, are legally frivolous. *See Jackson v. Arizona*, 885 F.2d 639, 641 (9th Cir. 1989), superseded by statute on other grounds as stated in *Lopez v. Smith*, 203 F.3d 1122, 1130 (9th Cir. 2000) (en banc). Because NDOC and the Nevada Parole Board are arms of the State, they are not persons for the purposes of § 193. *See Doe*, 131 F.3d 836; *Black v. Nevada Dept. of Corrections*, 2010 WL 2545760 at *2 (Slip Copy, June 21, 2010, D.Nev.). Accordingly, the claims against the State of Nevada, NDOC and the Nevada Board of Parole are dismissed with prejudice.

*Id.* at page 3.

Plaintiff did not name the State of Nevada nor the Nevada Board of Parole in his second amended complaint. Plaintiff did name the Nevada Department of Corrections; however, although the court permitted plaintiff to file a second amended complaint, it did not permit him to add defendants that have been dismissed with prejudice (#84).

**IT IS SO ORDERED.**

                                                      LANCE S. WILSON, CLERK

                              By:_____/s/_____
                                        Deputy Clerk