**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| KEVIN FERNANDEZ, | ) | 3:10-CV-0373-LRH (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | October 30, 2013 |
| STATE OF NEVADA, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for magistrate to reconsider order #97 is **GRANTED**. The court's order #97 is corrected to reflect that the State of Nevada was added to the second amended complaint as a party only as to the plaintiff's ADA claim. Therefore, the Office of the Attorney General shall advise on or before **Friday, November 8, 2013** whether it will accept service on behalf of the State of Nevada.

The remainder of the court's order #97 shall remain in full force and effect.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk