UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN FERNANDEZ, | ) | 3:10-CV-0373-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 25, 2014 |
| | ) | |
| STATE OF NEVADA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   <u>THE HONORABLE VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>     LISA MANN     </u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING                    </u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING                  </u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's motion to lift stay (#156). No opposition was filed.

On December 20, 2013, this court stayed this matter until further order of the court (#150). On January 24, 2014, this court issued a further order (#155) addressing all of plaintiff's pending motions and stating, in part:

> Discovery has ended, and this court will *sua sponte* strike any further request to extend discovery in this case. The only pending motions that remain are plaintiff's objection to the District Court (#s 117, 133, & 139) and motions for extensions of time concerning the same (#s 141 & 152). After the District Court issues its orders concerning these objections, this court will re-set the deadline for the filing of dispositive motions and the joint pretrial order.

Plaintiff's motion for the court to lift stay (#156) is **DENIED.** The court will not entertain any further motions until the District Court issues its orders concerning the pending objections. Thereafter, the court will re-set the deadline for filing dispositive motions and the joint pretrial order. The Clerk shall **SEND** a copy of the court's order (#155) to plaintiff.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:<u>          /s/                    </u>
Deputy Clerk