UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| KEVIN FERNANDEZ, ) | |
| ) | 3:10-cv-00373-LRH-VPC |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| STATE OF NEVADA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

Before the Court is Plaintiff Kevin Fernandez's ("Fernandez") Objection to the Magistrate Judge's Order (Doc. #108/109[1]) pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72(a), and Local Rule IB 3-1(a). Doc. #117. A magistrate judge's orders operate as final determinations of pretrial matters under 28 U.S.C. § 636(b)(1)(A) and Local Rule IB 1-3. Accordingly, a district judge may reconsider a magistrate judge's order only if it is "clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); LR IB 3-1(a).

Here, the Court finds that Fernandez's Objection is untimely. *See* Fed. R. Of Civ. P. 72(a) (requiring that a party file objections within 14 days of being served a copy of the order). The hearings at which the Magistrate Judge denied the Motions to which Fernandez now objects took place on October 15, 2013 (Doc. #108) and October 16, 2013 (Doc. #109). Accordingly, any objections thereto were due no later than November 2, 2013. Fernandez's Motion is dated November 10, 2013, and was filed with the Court on November 15, 2013. Accordingly, the Court

---

[1] Refers to the Court's docket entry number.

1  overrules Fernandez's Objection as untimely.

2

3       IT IS THEREFORE ORDERED that Fernandez's Objection (Doc. #117) is
4  OVERRULED.

5       IT IS SO ORDERED.

6       DATED this 6th day of May, 2014.

7  _____
          LARRY R. HICKS
8         UNITED STATES DISTRICT JUDGE